# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT NORTH CAROLINA CHARLOTTE DIVISON

CORY LAMONT WILLIAMS
525 S. Church St. #1402
Charlotte, NC. 28202

Vs.

EXPERIAN,
TRANSUNION, AND EQUIFAX
CREDIT REPORTING AGENCIES.

FILED
CHARLOTTE, NC

JAN - 8 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

Cause No: 3:20-cv-15-RJC

## PARTIES IN THE CAUSE OF ACTION FEDERAL LAWSUIT

*PLAINTIFF*

*Cory Lamont Williams,* **Plaintiffs is of legal age and sound mind to make this following claim to the Federal Court for relief in this proceeding.**

**<u>Defendants</u>**

**Experian PLC** is a multinational consumer credit reporting company. Experian collects and aggregates information on over one billion people and businesses including 235 million individual U.S. consumers and more than 25 million U.S. businesses.

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
NORTH CAROLINA
CHARLOTTE DIVISION

**Equifax Inc.** is a consumer credit reporting agency. Equifax collects and aggregates information on over 800 million individual consumers and more than 88 million businesses worldwide. Headquartered in Atlanta, Ga., Equifax operates or has investments in 24 countries in North America, Central and South America, Europe and the Asia Pacific region. It is a member of Standard & Poor's (S&P) 500® Index, and its common stock is traded on the New York Stock Exchange (NYSE) under the symbol EFX. Equifax employs over 10,000 employees worldwide

**TransUnion** is a consumer credit reporting agency TransUnion collects and aggregates information on over one billion individual consumers in over thirty countries including "200 million files profiling nearly every credit-active consumer in the United States". Its customers include over 65,000 businesses. Based chigo Illinois TransUnion's 2014 revenue was US$ 1.3 billion. It is the smallest of the three largest credit agencies, along with Experian and Equifax (known as the "Big Three".

## Statement of Facts

This claim is filed because these accounts has violations of the Federal Credit Reporting, Collection, and the fair Credit Debt Act. The incorrect data reporting is a repossession reporting on my credit reports.

This account is on my credit report. These are predatory lenders that used force and unlawfully sales solicitations to benefit themselves. These accounts were done under fraud and I have disputed these accounts and they are affecting my livelihood. I Now comes in above styled and cause number in response to these false and inaccurate accounts asking that they all be removed from my credit report. I should have a score around 795, but I don't because of these false accounts, credit bureaus, and creditors have been unlawfully reporting false information. There are cars I have paid off not messing one payment are not even on my reports. This is lawful to cause me not to be able to get my dream home and the cars I can afford. These accounts are causing a financial hardship on my life. Some of these accounts are not the original creditor for some of these above accounts, these accounts that are being

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT NORTH CAROLINA
CHARLOTTE DIVISION**

reported was occurred by defraud under the Predatory Lending Act and Practices. In the interest of these accounts, there has been a violation of my eight amendment United States Constitutional rights by which it's caused suffering. These creditors have utilized predatory lending acts and practices that has caused me not to secure adequate housing and reliable transportation. I'm an indigent person now that the Credit Reporting agencies fail to investigate my disputes. these creditors knew that I had no knowledge of interest and how interest works. I'm a minority person that lacks adequate education on finances, these accounts are more beneficial for the account holders rather than I, myself. The reporting agencies have been notified of all this inaccurate information and still reporting these accounts causing me to be living below the poverty level and not have an excellent credit score. Reporting these accounts has caused excessive hardship for myself and family. The defendants are reporting these accounts causing suffering in my life. That's their only intentions. The accounts holders brought these accounts from the original creditors and is abusing the court system for some debts I never received from them. I have disputed this several times their defendants are still reporting these negative accounts. I have paid off several cars and accounts, even loans that are not on my credit report. I am being harmed and suffering. I cannot get a nice home that I want

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT NORTH CAROLINA**
**CHARLOTTE DIVISION**

or transportation that I desire because my low credit score for these fraud and inaccurate accounts. Some of these lenders are a third-party collection agency that purchased this debt from original creditor, the original creditor has been paid through the insurance company for these accounts. I have asked the defendants in several disputes to remove these accounts and give me the score that I deserve. I have never had any bankruptcy or never had a home because of these accounts. I faced a temporary financial disability hardship and the original creditors knew I was desperate and hard up for cash to pay my bills to provided physical nourishment for myself and family and they preyed on me. I request that the courts and the Honorable Judge grant relief in this case. I have been suffering for a long time and against the United States Constitution. Because of these unlawful reporting I have been constantly receiving harassment through several phone calls at my residence, they've caused me to lose countless hours of sleep, and stress, if this case isn't dismissed, I have no other alternative than to result in formal litigation in the courts of appeals and the United States Supreme Courts. The defendants are in violation of the Federal Credit Reporting Act, Federal Credit Debt Act, Federal Credit Collection Act, and defamation of character. I cannot live my life and even have the opportunity to buy a home nor the car I like and can afford because the three Credit bureaus are

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT**
**NORTH CAROLINA**
**CHARLOTTE DIVISION**

reporting incorrect and false information that is preventing me from living life in a home and having a nice regular vehicle. These reporting's has cause me to be denied my dream home and car. I have suffered a very terrible life since these negative accounts has been reporting against the Fair Credit Reporting Act.

Plaintiff is requesting relief in the following manner. Plaintiff request all negative accounts that is not mines or incorrect data to be removed from my credit report. Plaintiff further request a high score to be added to my credit report that will enable me to purchase my home for my family that is a jumbo home loan of 900,00.00 that I wish to have and can afford if I had the right credit score. Plaintiff request to be awarded damages for suffering in the amount of 225,000.00 for the legal violations. I have been paying high interest rates that has taken a toll on my life because of the defendants reporting false and inaccurate information. I request these false and inaccurate accounts to be deleted from my three-credit report and to be reimbursed for my FICO score and all the points I have lost because of these reporting's. I filed this complaint as a pro se litigate I sue also for legal fees, research and litigating. I am requesting 12,500.00 in addition, for legal fees.

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT NORTH CAROLINA CHARLOTTE DIVISION**

*Cory L. Williams*

Cory Lamont Williams, Pro Se

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT**
**NORTH CAROLINA**
**CHARLOTTE DIVISION**