UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-15-RJC-DCK

| CORY LAMONT WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| EXPERIAN PLC, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its May 18, 2020, Order. (Doc. No. 3).

Plaintiff filed the *pro se* Complaint along with an Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. No. 2). The Application was not complete, and on May 18, 2020, the Court issued an Order denying the Application and requiring Plaintiff to either file a complete Amended Application or pay the filing fee within 14 days. (Doc. No. 3). The Court cautioned Plaintiff that failure to comply "will result in dismissal of this action without prejudice." (Doc. No. 3 at 1).

Plaintiff has failed to comply with the Court's Order and the time to do so has now expired. It appears that Plaintiff has abandoned this action. The Court is unable proceed and this case will therefore be dismissed without prejudice. Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 631-33 (1962) (although Rule 41(b) does not expressly provide for *sua sponte* dismissal, a district court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED that:**

1

(1) This action is dismissed without prejudice for Plaintiff's failure to comply with the Court's May 18, 2020 Order.

(2) The Clerk of this Court is directed to terminate this action.

Signed: June 16, 2020

Robert J. Conrad, Jr.
United States District Judge